```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 11811
    JAMES T FLOYD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1005

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/19/2006 and was confirmed 11/20/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 03/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED             .00            .00
OPTION ONE MORTGAGE       CURRENT MORTG        .00             .00            .00
OPTION ONE MORTGAGE       MORTGAGE ARRE   7203.32              .00        3608.77
RIEZMAN & BLITZ           NOTICE ONLY    NOT FILED             .00            .00
B-LINE LLC                UNSEC W/INTER   624.48               .00            .00
ASSOCIATES NATIONAL BANK  UNSEC W/INTER  NOT FILED             .00            .00
CAVALRY PORTFOLIO SERVIC  UNSEC W/INTER  NOT FILED             .00            .00
CAPITAL ONE               UNSEC W/INTER   401.13               .00            .00
ASPIRE                    UNSEC W/INTER  1019.67               .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER  1255.57               .00            .00
DRIVE FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   137.98               .00            .00
FIRST PREMIER BANK        UNSEC W/INTER  NOT FILED             .00            .00
HSBC NV                   UNSEC W/INTER  NOT FILED             .00            .00
MERRICK BANK              UNSEC W/INTER   716.69               .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER   871.99               .00            .00
TRI-CAP INVESTMENT PARTN  UNSEC W/INTER  3682.70               .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   534.16               .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   410.22               .00            .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY    NOT FILED             .00            .00
WEXLER & WEXLER           UNSEC W/INTER  NOT FILED             .00            .00
PREMIER BANKCARD          UNSEC W/INTER   178.00               .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   514.06               .00            .00
LEE FLOYD                 NOTICE ONLY    NOT FILED             .00            .00
LITTON LOAN SERVICING     SECURED NOT I       .00              .00            .00
LITTON LOAN SERVICING     SECURED NOT I       .00              .00            .00
*MACEY & ALEMAN           DEBTOR ATTY    2,000.00                         2,000.00
TOM VAUGHN                TRUSTEE                                          375.23
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 11811 JAMES T FLOYD
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  5,984.00

PRIORITY                                             .00
SECURED                                         3,608.77
UNSECURED                                            .00
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              375.23
DEBTOR REFUND                                        .00
                        ---------------   ---------------
TOTALS                   5,984.00              5,984.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 06/25/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE